# IN THE SUPREME COURT OF THE STATE OF NEVADA

CESAR VICTOR VALENZUELA,
          Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
          Respondent.

CESAR VICTOR VALENZUELA,
          Appellant,

vs.

JO GENTRY, WARDEN; AND THE
STATE OF NEVADA,
          Respondents.

No. 74350 **FILED**

JAN 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

No. 74351

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeals. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of these appeals reveals a jurisdictional defect. The notices of appeals fail to identify any judgments of the district court. To the extent that appellant appeals from the order denying in part the postconviction petitions for writs of habeas corpus, the order is not a final decision because it does not resolve all claims raised in the petition. *See* NRS 177.015(3). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-01788

cc:    Hon. Linda Marie Bell, District Judge
        Cesar Victor Valenzuela
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk